*716
 
 OPINION OF THE COURT
 

 Memorandum.
 

 The order of the Appellate Division should be reversed, with costs, the third-party defendant’s motion for summary judgment dismissing the second and third third-party complaints granted and the certified question answered in the negative.
 

 Workers’ Compensation Law § 11 does not list the loss of a thumb as a “grave injury,” and plaintiff failed to demonstrate that due to the amputation of his thumb he suffers a “permanent and total loss of use” of the hand (see Workers’ Compensation Law § 11). Plaintiffs argument that the loss of his thumb automatically renders his hand totally useless is unavailing. As this Court recently held in
 
 Castro v United Container Mach. Group
 
 (96 NY2d 398, 401 [2001]), “[injuries qualifying as grave are narrowly defined * * * [and the w]ords in [the] statute are to be given their plain meaning without resort to forced or unnatural interpretations.”
 

 Chief Judge Kaye and Judges Smith, Levine, Ciparick, Wesley, Rosenblatt and Graffeo concur in memorandum.
 

 On review of submissions pursuant to section 500.4 of the Rules of the Court of Appeals (22 NYCRR 500.4), order reversed, etc.